UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6054

21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §924(c)(1)
18 U.S.C. §2

FILED by D.C.
MAR 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
JARED OWENS, )
BARON GOODRIDGE, and )
ERROL SEWELL, )
)
                Defendants. )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about December 1999, to on or about February 2, 2000, at Broward County, in the Southern District of Florida, the defendants,

JARED OWENS,
BARON GOODRIDGE, and
ERROL SEWELL,

did knowingly and intentionally combine, conspire, and confederate with each other and with persons unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about February 2, 2000, at Broward County, in the Southern District of Florida, the



defendants,

> JARED OWENS,
> BARON GOODRIDGE, and
> ERROL SEWELL,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT III

On or about February 2, 2000, at Broward County, in the Southern District of Florida, the defendants,

> JARED OWENS,
> BARON GOODRIDGE, and
> ERROL SEWELL,

did knowingly in furtherance of a drug-trafficking offense, which is a felony prosecutable in a Court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count I of this Indictment, and a violation of Title 21 United States Code, Section 841(a)(1), as set forth in Count II of this Indictment, possess a firearm, to wit, a 9mm Beretta, serial number

BER2028682, all in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL

*Richard M. Sloan* (signature)
FOREPERSON

*(signature)*
THOMAS E. SCOTT
UNITED STATES ATTORNEY

*(signature)*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                CERTIFICATE OF TRIAL ATTORNEY*

JARED OWENS, et al.               Superseding Case Information:

**Court Division**: (Select One)

| | New Defendant(s) | ___ Yes ___ No |
| | Number of New Defendants ___ | |
| ___ Miami ___ Key West | Total number of counts ___ | |
| _X_ FTL ___ WPB ___ FTP | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No)    _No_
   List language and/or dialect  _____

4. This case will take    _4_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days    _X_         Petty      ___
   II   6 to 10 days   ___         Minor      ___
   III  11 to 20 days  ___         Misdem.    ___
   IV   21 to 60 days  ___         Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)    _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _February 2, 2000_
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                    _____
                                    ROBIN S. ROSENBAUM
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 908223

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant Name:** **Jared Owens** **Case No.:**

==================================  ==========================================

Count #I: Conspiracy to possess with intent to distribute cocaine, in violation of 21:841(a)(1) & 846 & 18:2

**Max. Penalty:** 10 year mandatory minimum and maximum imprisonment of life; $4,000,000 fine
=================================================================================
Count # II: Possession with intent to distribute cocaine, in violation of 21:841(a)(1) & 18:2

**Max. Penalty:** 10 year mandatory minimum and maximum imprisonment of life; $4,000,000 fine
Count #III: Possession of firearm in furtherance of drug-trafficking crime, in violation of 18:924(c)(1) & 18:2

**Max. Penalty:** 5 year mandatory minimum, to run consecutive to penalty for substantive drug-trafficking crime
=================================================================================

Count #:

**Max. Penalty:**
=================================================================================

Count #:

**Max. Penalty:**
=================================================================================

=================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant Name:** Baron Goodridge          **Case No.:** _____

================================     =============================================

Count #I: Conspiracy to possess with intent to distribute cocaine, in violation of 21:841(a)(1) & 846 & 18:2

**Max. Penalty:** 10 year mandatory minimum and maximum imprisonment of life; $4,000,000 fine
==========================================================================
Count # II: Possession with intent to distribute cocaine, in violation of 21:841(a)(1) & 18:2

**Max. Penalty:** 10 year mandatory minimum and maximum imprisonment of life; $4,000,000 fine
==========================================================================
Count #III: Possession of firearm in furtherance of drug-trafficking crime, in violation of 18:924(c)(1) & 18:2

**Max. Penalty**: 5 year mandatory minimum, to run consecutive to penalty for substantive drug-trafficking crime
==========================================================================

Count #:

**Max. Penalty:**
==========================================================================

Count #:

**Max. Penalty:**
==========================================================================

==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant Name:** Errol Sewell          **Case No.:** _____

===============================   =============================================

Count #I: Conspiracy to possess with intent to distribute cocaine, in violation of 21:841(a)(1) & 846 & 18:2

**Max. Penalty:** 10 year mandatory minimum and maximum imprisonment of life; $4,000,000 fine
==================================================================================
Count # II: Possession with intent to distribute cocaine, in violation of 21:841(a)(1) & 18:2

**Max. Penalty:** 10 year mandatory minimum and maximum imprisonment of life; $4,000,000 fine
==================================================================================
Count #III: Possession of firearm in furtherance of drug-trafficking crime, in violation of 18:924(c)(1) & 18:2

**Max. Penalty:** 5 year mandatory minimum, to run consecutive to penalty for substantive drug-trafficking crime
==================================================================================

Count #:

**Max. Penalty:**
==================================================================================
Count #:

**Max. Penalty:**
==================================================================================

==================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.