# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JARED OWENS

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6054-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest _____ JARED OWENS _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, and use and carry of a firearm during and in relation to a drug-trafficking offense,

in violation of Title __21__ United States Code, Section(s) 841(a)(1) and 846, and 18 U.S.C. 924(c)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at Pretrial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida
Date and Location

by [signature] Lurana S. Snow
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |