## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: JARED OWENS (J)   CASE NO: 00-6054-CR-DIMITROULEAS
AUSA: ROBIN ROSENBAUM *pres*   ATTY: MICHAEL ENTIN *pres*
AGENT: _____   VIOL: _____
PROCEEDING I/A ON INDICTMENT /PTD/ RECOMMENDED BOND PTD
*PTD* BOND HEARING HELD (yes)/no   COUNSEL APPOINTED
_____ BOND SET @ _____
SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

*Deft advised of charges - has retained counsel*

*Gov't proceeded by proffer*
*Ofcr Gallaway sworn for cross*
*Charles Stewart - stepfather / sworn*
*Charlene Stewart sworn (mother of Jared)*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
   PTD/BOND HRG: *PTD Ordered*
   PRELIM/ARRAIGN: 3-16  *danger to*
   REMOVAL HRG:   *BSS*   *Comm.*
   STATUS CONF:

Date: 3/7/00   Time: 11:00   FTL/LSS TAPE #00- 014   Begin: 227?   End: 629
00-015

