# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JARED OWENS

## WARRANT FOR ARREST

CASE NUMBER: 00-6054-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JARED OWENS**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, and use and carry of a firearm during and in relation to a drug-trafficking offense,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846, and 18 U.S.C. 924(c)(1) and 2__

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at _Pretrial Detention recommended_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida
Date and Location

by [Signature] Lurana S. Snow
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/3/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 3/7/2000 | FOR: DEA | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JARED OWENS

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6054

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___JARED OWENS___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, and use and carry of a firearm during and in relation to a drug-trafficking offense,

in violation of Title __21__ United States Code, Section(s)  841(a)(1) and 846, and 18 U.S.C. 924(c)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention recommended_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida
Date and Location

by _[signature]_ Lurana S. Snow
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at ___ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest