# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR 00-6054-CR-Dimi
            Plaintiff )
            -vs- )  REPORT COMMENCING CRIMINAL ACTION

OWENS, JARED
            Defendant

55224-004

*************************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
     U.S. DISTRICT COURT             (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 02/02/00 @ 2329 Hours    a.m./p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: Poss Cocaine w/ Intent to Distribute (ARMED) Conspiracy to Poss. Cocaine w/ Intent Distribute

(4) UNITED STATES CITIZEN: (✓)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 07/31/68

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT    [ ] COMPLAINT    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [✓]YES [ ]NO

AMOUNT OF BOND: $ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____ (9) ARRESTING OFFICER _____

(10) AGENCY _____ (11) PHONE # _____

(12) COMMENTS _____