UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6054-CR-DIMITROULEAS

Magistrate Judge Snow

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JARED OWENS, et al. | ) ) |
| Defendants. | ) ) |

## NOTICE REGARDING COUNSEL FOR THE UNITED STATES OF AMERICA

Please take notice that Robin S. Rosenbaum, the Assistant United States Attorney assigned to the above-captioned case, is married to one of the law clerks to the Honorable William Dimitrouleas. The United States understands that Ms. Rosenbaum's husband takes no role in and is entirely removed from any involvement in any case to which Ms. Rosenbaum is assigned. Because Ms. Rosenbaum's husband is isolated from the cases on which she works, including the instant case, the United States is aware of no basis to seek recusal of Judge Dimitrouleas or for Ms. Rosenbaum to withdraw as counsel for the United States. See Hunt v. American Bank & Trust Co. of Baton Rouge, 783 F.2d 1011 (11th Cir. 1986); O'Bannon v. Union Pacific Railroad Co., 169 F.3d 1088 (8th Cir. 1999); O'Halloran v. Ryan, 835 F.2d 506 (3d Cir. 1987); In re San Juan Dupont Plaza Hotel Fire Litigation, 129 F.R.D. 409 (D. P.R. 1989); see



also Guide to Judiciary Policies and Procedures, Codes of Conduct for Judges and Judicial Employees, Committee on Codes of Conduct, Advisory Opinions No. 51 and 74.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
ROBIN S. ROSENBAUM
ASSISTANT U.S. ATTORNEY
Florida Bar No. 908223
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was sent this 17th day of March, 2000, by United States mail, first class, to Bob Entin, Esq., 1 E. Broward Blvd., Suite 1500, Fort Lauderdale, 33301-1804, Abe Bailey, Esq., 18350 N.W. 2nd Ave., 5th Floor, Miami, Florida 33169-4519, and Bob Berube, Esq., Office of the Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

_____
Robin S. Rosenbaum
Assistant U.S. Attorney