COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JARED OWENS (J)                    CASE NO: 00-6054-CR-DIMITROULEAS
AUSA: Robin Rosenbaum / Bertkell         ATTY: Michael Entin - pris
AGENT: _____           VIOL: _____
PROCEEDING  Arraignment                  RECOMMENDED BOND _____
BOND HEARING HELD - yes/no               COUNSEL APPOINTED _____

         BOND SET @

         SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

_____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

_____

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:                      ✓

                         STATUS CONF:    4-11  /11   BSS

                              FTL/LSS
Date: March 28, 2000 Time: 11:00 A.M.   TAPE #00- 017  Begin: 1909  End: 1950

FILED by ___ D.C.
MAR 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.