UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROUELAS

UNITED STATES OF AMERICA

vs

JARED OWENS

ARRAIGNMENT INFORMATION SHEET

*FILED by MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name: ____MICHAEL ENTIN, ESQ.____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $____PTD CONTINUED_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __28TH__ day of __MARCH_____,2000.

                                        CLARENCE MADDOX
                                        COURT ADMINISTRATOR/CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

                                        Tape No. ___00- 017_____

cc: Copy for Judge
    U. S. Attorney

