UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6054-CR-DIMITROULEAS

    Plaintiff,   MAGISTRATE: SNOW

vs.   **NOTICE OF APPEARANCE FOR REPRESENTATION AT DISTRICT COURT LEVEL AND FOR TRIAL PURPOSES**

JARRED OWENS,

    Defendant.
_____/

    COMES NOW, the Law Offices of MICHAEL J. ENTIN, and files this his Appearance as Attorney of Record for the Defendant herein.

    I HEREBY CERTIFY that the original hereof has been furnished to the Clerk of the United States District Court, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301; and a true and correct copy hereof to Robin Rosenbaum, United States Attorney's Office, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 and to the attached list of counsel this __7__ day of March, 2000.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. ENTIN
ATTORNEY FOR DEFENDANT
ONE EAST BROWARD BLVD.
SUITE 1500, SOUTHTRUST TOWER
FORT LAUDERDALE, FL 33301
TELEPHONE: (954) 522-7000
Fax (954) 522-7003
FLORIDA BAR NO: 270261

_____
MICHAEL J. ENTIN, ESQ.

