DEFT: Jared Owens (no deft needed)   CASE NO: 00-6054-CR-Dimitrouleas
AUSA: Robin Rosenbaum /s/ Harry Bardfeld   ATTNY: Michael Entin — not present
AGENT: ___   VIOL: ___ present
PROCEEDING: Status Conference   BOND REC: ___

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___

FILED ___ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Govt has discovery to him over today, 3-4 days to try 10-12 tapes probable plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 4-11-00   TIME: 11:00am   TAPE # 00-024   PG # 6
2630-2732