UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

JARED OWENS,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 11, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today be complying with its obligations under the Standing Discovery Order. The Government represented that its case will require three to four days of trial time and entail ten to twelve tapes. The Government further represented that this matter may ultimately be resolved by way of a change of plea.

2. Defense counsel stated that he is currently involved in plea negotiations with the Government.

DATED at Fort Lauderdale, Florida this 11th day of April 2000.

                                            BARRY S. SELTZER
                                            United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Michael Entin, Esquire
Barnett Bank Plaza, Suite 1500
One East Broward Boulevard
Fort Lauderdale, Florida 33301-1804
Attorney for Defendant