UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.: 00-6054-CR-DIMITROULEAS

    Plaintiff

vs.

JARED OWENS,

    Defendant
_____/

### MOTION TO CONTINUE

COMES NOW the Defendant, JARED OWENS, by and through his undersigned counsel, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and respectfully requests this Honorable Court to enter an order continuing the Trial presently set in this matter, and as grounds would state unto this Court the following:

    1. That the Defendant is currently charged in a 3-Count Indictment pertaining to an alleged multi-defendant, drug conspiracy case.

    2. The above-styled matter has been scheduled for Calendar Call on May 5, 2000, for the two-week trial period commencing on May 8, 2000.

    3. Approximately two weeks ago, the undersigned received the Government's Response to the Standing Discovery Order issued by the Honorable Lurana Snow. The Response contains numerous reports, records, and tape recordings that were prepared surrounding this investigation.

    4. The undersigned needs additional time to fully review the information, investigate, and prepare a defense for trial.

    5. The undersigned has been impeded in the preparation of a defense since the Defendant was quarantined at the Federal Detention Center as a result of a "chicken pox" outbreak. The undersigned was unable to meet with the Defendant for several weeks to discuss the case.

    6. Plea discussions have been delayed as a result of the "chicken pox" outbreak and unavailability of Agents. Plea discussions are still taking place and because of the nature of the issues, additional time is needed to determine whether the case can be resolved without a trial.

7. On Monday, May 1st, 2000, the undersigned spoke with AUSA, Robin Rosenbaum, who stated that she does not oppose this request for a continuance.

8. The undersigned has a scheduled pre-paid vacation to Europe commencing on May 24, 2000 and concluding on June 8, 2000. If this Court grants this Motion, it is requested that the Trial be scheduled no earlier than June 20, 2000.

9. The undersigned is under the belief that the Co-Defendants' cases have already been continued.

10. This matter has never previously been continued for any reasons.

11. The Defendant waives his right to a speedy trial in this matter, and does not object to any delays being treated as excludable time for speedy trial purposes.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Continuance has been furnished to Robin Rosenbaum, United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33301 on this __3__ day of May, 2000.

MICHAEL J. ENTIN, ESQ.
Attorney for Defendant
Suite 1500- SouthTrust Tower
One East Broward Blvd.
Ft. Lauderdale, FL 33301
Telephone: (954) 522-7000
Florida Bar No: 270261