UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6054-CR-DIMITROULEAS

Plaintiff,

vs.

JARED OWENS,

Defendant.
_____/

### ORDER

THIS CAUSE having been hear upon Defendant's May 3, 2000 Motion To Continue, it is DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___4___ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael J. Entin, Esquire
Suite 1500 - SouthTrust Tower
One East Broward Boulevard
Ft. Lauderdale, FL 33301

Robin Rosenbaum, AUSA

