# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
MAY 05
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6054-CR-WPD      DATE: May 5, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Fred Owens

U.S. ATTORNEY: Robin Rosenbaum      DEFT. COUNSEL: Michael Entin

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Deft's m/continue is granted. Court grants continuance. The time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 6/23/00      TIME: 9:00      FOR: Cal Call
MISC: 6/26/00      trial period

