UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,    CASE NO. 00-6054-CR-DIMITROULEAS
            Plaintiff,

vs.
                                **ORDER GRANTING CONTINUANCE**
JARED OWENS
            Defendant.
_____/

This matter having come before the Court on May 5, 2000 on Defendant's Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing June 26, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **June 23, 2000, at 9:00** A.M. o'clock; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___5___ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Robin Rosenbaum, AUSA
      Michael Entin, Esq.

