**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6054-CR-WPD  DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Fred Owens

U.S. ATTORNEY: Robn Rosenbaum    DEFT. COUNSEL: Michael Enten

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Court denies oral motion to continue. Deft ready for trial.

Status conference set for Monday, June 26, 2000 @ 9:00 with possible trial Tuesday.

JUDGMENT: Any time from today until trial is deemed excludable.

CASE CONTINUED TO: 6/26/00    TIME: 9:00    FOR: Stt Conf.

MISC: 6/27/00    9:00    Trial

