UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6054-CR-DIMITROULEAS

Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

JARED OWENS
Defendant.
_____/

This matter having come before the Court on June 23, 2000 on the Defendant's Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to June 26, 2000 at 9:00 A.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:  Robin Rosenbaum, AUSA
     Michael Entin, Esq.