**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6054-CR-WPD    DATE: June 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Jack Owens

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Michael Entin

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft Sworn and Questioned by the Court. Deft to Enter Guilty plea to Count 1. Gvt agrees to dismiss Counts 2 & 3 at Sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/8/00    TIME: 11:00    FOR: Sentencing
MISC: Written plea Agreement filed.

