UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6054-CR-DIMITROULEAS

    Plaintiff

vs.

JARED OWENS,

    Defendant
_____/

**NIGHT BOX FILED**
SEP - 6 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FT

### NOTICE OF FILING

COMES NOW, the Defendant, JARED OWENS, by and through his undersigned counsel and files this Notice of Filing the following items:

1. A character reference letter from Elodia Peters dated July 10, 2000.

2. A character reference letter from Jeanie Marino dated August 1, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished delivered to Robin Rosenbaum, United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394 on this _6_ day of September, 2000.

                    Respectfully submitted,

                    LAW OFFICES OF MICHAEL J. ENTIN
                    ATTORNEY FOR DEFENDANT
                    ONE EAST BROWARD BLVD.
                    SUITE 1500, SOUTHTRUST TOWER
                    FORT LAUDERDALE, FLORIDA 33301
                    (954) 522-7000
                    FLA. BAR NO: 270261

                    MICHAEL J. ENTIN, ESQ.



August 1, 2000

Mr. Michael Entin
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, Fla. 33301

Dear Mr. Entin,

I am writing this letter in behalf of Jared Owens. I have been friends with Jared's parents for 9 years and have been in close contact with them, Jared and Jared's children for those 9 years. I know Jared to be a caring, protective, gentle, hard working son and father. In those 9 years, I've been present in Jared's home while he was caring for his grandmother and witnessed a very kind and loving grandson as well. I cannot imagine Jared's children growing up without him. I have been a counselor - counseling troubled young people and always felt that Jared was a stable, well rounded young man.

I am aware that Jared is facing a very long sentence - I feel this would not benefit anyone. He is very committed to his family and feel his only chance for true rehabilitation would be to send him home

to his children and parents.

   Thank you for taking the time to read this letter - I thought it was important to share my feelings with you on this matter.

   Sincerely,
   Jeanie Mauro

cc: Please forward a copy of this to:
   ① Judge Demitolis Latos
   ② Daryle Galloway
   ③ To all It may Concern

24-40 98th Street
E-Elmhurst, N.Y. 11369

July 10, 2000

Re: JARED OWENS

Dear Mr. Entin:

Please forward a copy of this letter to the Prosecutor and to the Judge. I have known the above named individual all of his life. He is a part of our very close knit family group. Our entire family is basically a group of law-abiding hard working citizens who are honest and responsible with good moral values. I am sure Jared got caught up with the wrong crowd because through-out his school years, he was a bright, artistic, talented, well-adjusted young man.

Jared was raised in a very loving extended family with strong family values and sound spiritual and Christian church affiliations. He has tried over the years to instill those same values in his two sons and he has done a good job with them. They desperately need him at home with them.

As a Guidance Counselor in the New York City public school system who has worked with young adults for thirty plus years, I feel professionally qualified to assess character. I ask you to please consider Jared's family ties with his sons and parents and afford him leniency and consideration. His main downfall has been his tendency to be influenced by his friends and his peers. Thank you for allowing me to correspond on his behalf.

Very truly yours,

Elodia L Peters