**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6054-CR-WPD   DATE: September 8, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jared Owens

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Michael Entin

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
188 months BOP, 3 years supervised release
No Fine, $100.00 Assessment.

Court recommends designation to
Fairton, New Jersey & that he receives
drug treatment while in prison.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to appeal.

