```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,  )   CASE NO.  00-6054-CR-WPD
                           )
          Plaintiff,       )
                           )
          -v-              )
                           )
JARED OWENS,               )
                           )   Fort Lauderdale, Florida
          Defendant.       )   September 8, 2000
_____)   11:50 a.m.


                    TRANSCRIPT OF SENTENCE

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         ROBIN ROSENBAUM, ESQ.
                          Assistant U.S. Attorney


For the Defendant         MICHAEL ENTIN, ESQ.



Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

32

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**